RECEIVED

JUL 05 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 07-00115-005 |
| ) | denied. |
| ) | |
| ) | ORDERED: [signature] |
| ERNEST DAVIS ) | DATED: 7/5/17 |

## MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RESIDENTIAL RE-ENTRY CENTER/HALFWAY HOUSE PLACEMENT

COMES NOW, ERNEST DAVIS petitioner , appearing pro se, respectfully moves this Court for a Judicial Recommendation concerning length of Residential Re-entry Center/Halfway House Placement.

On the date of August 6, 2009 , Petitioner was sentenced to 140 months and since his entry into prison he has completed various Bureau of Prisons education programs, drug classes and re-entry workshops.

The Petitioner needs hands-on training assistance that is available only at a Residential Re-entry Center. Petitioner acknowledges that the Court's recommendation is advisory and not binding on the BOP and only moves this Court for a recommendation for the 12 months RRC placement. Petitioner states that he is in need of the 12 month period of RRC to help reintergrate into society.

Wherefore the Petitioner respectfully prays this Court will seek a recommendation for 12 months at a Re-entry Center/Halfway House see. United States v. Wallace, No. 5:13-cv-27 (Doc. 46) (W.D. KY. Dec. 16, 2015)(granting a motion for a Judicial recomm-

1

endation concerning length of halfway house placement).

Respectfully submitted

*Ernest Davis*
*Ernest Davis*

Ernest Davis #28098-050
FCC Petersburg Low
P.O. Box 1000
Petersburg, V.A. 23804